B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

_____Southern_____ District Of ____Texas____

| | | |
|---|---|---|
| In re ___Free Speech Systems LLC___ , | ) | Case No. ___22-60043 (CML)___ |
| Debtor | ) | |
| David Wheeler, Francine Wheeler, Jacqueline | ) | Chapter _____11_____ |
| Barden, Mark Barden, Nicole Hockley, Ian | ) | |
| Hockley, Jennifer Hensel, Donna Soto, Carlee | ) | |
| Soto Parisi, Carlos M. Soto, Jillian Soto Marino, | ) | |
| William Aldenberg, William Sherlach, Robert | ) | |
| Parker, and Richard M. Coan, as Chapter 7 | ) | Adv. Proc. No. ___23-03036___ |
| Trustee for the Estate of Erica Lafferty | ) | |
| Plaintiff | ) | |
| | ) | |

v.
Alexander E. Jones and
Free Speech Systems, LLC
Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:    Nathan Ochsner, Clerk of Court
                                 P.O. Box 61010
                                 Houston, TX 77028

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:s

| | | |
|---|---|---|
| Alinor C. Sterling | Ryan E. Chapple | Kyle J. Kimpler |
| Koskoff Koskoff & Bieder PC | Cain & Skarnulis PLLC | Paul, Weiss, Rifkind, Wharton |
| 350 Fairfield Avenue Ste 501 | 303 Colorado Street, Suite 2850 | & Garrison LLP |
| Bridgeport, CT 06604 | Austin, TX 78701 | 1285 Avenue of the Americas |
| | | New York, NY 10019 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. **IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                        *Nathan Ochsner, Clerk of Court*

Date: __March 14, 2023__

                                         *s/ Shannon Holden*
                                         *Signature of Clerk or Deputy Clerk*

B2500A (Form 2500A) (12/15)

## CERTIFICATE OF SERVICE

I, ___Arlana Prentice___ (name), certify that service of this summons and a copy of
the complaint was made ___March 16, 2023___ (date) by:

☒     Mail service: Regular, first class United States mail, postage fully pre-paid, addressed
to:   Ray Battaglia
        Law Offices of Ray Battaglia, PLLC
        66 Granburg Circle
        San Antonio, TX 78218

❑     Personal Service: By leaving the process with the defendant or with an officer or agent
of defendant at:

❑     Residence Service: By leaving the process with the following adult at:

❑     Certified Mail Service on an Insured Depository Institution: By sending the process by
certified mail addressed to the following officer of the defendant at:

❑     Publication: The defendant was served as follows: [Describe briefly]

❑     State Law: The defendant was served pursuant to the laws of the State of _____, as
follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and
not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___03-21-23___    Signature ___/s/ Arlana Prentice___

       Print Name:    Arlana Prentice

       Business Address:    303 Colorado St., Ste. 2850

                           Austin, TX 78701