| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03036 |
|---|---|---|---|
| The Connecticut Plaintiffs* ||||
| *versus* ||||
| Free Speech Systems, LLC and Alexander E. Jones ||||

This lawyer, who is admitted to the State Bar of  New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Martin J. Salvucci<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3596<br>NY 5704887, CO 54386, CA 338773 |
|---|---|

Seeks to appear as the attorney for this party:   The Connecticut Plaintiffs

| Dated:  03-21-23 | Signed:   /s/ Martin J. Salvucci |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____.

| Dated: | Signed: _____<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____                    _____
                                         United States Bankruptcy Judge

* Mark Barden, Jacqueline Barden, Francine Wheeler, David Wheeler, Ian Hockley, Nicole Hockley, Jennifer Hensel, William Aldenberg, William Sherlach, Carlos M. Soto, Donna Soto, Jillian Soto-Marino, Carlee Soto Parisi, and Robert Parker (collectively, the "Connecticut Plaintiffs").