United States Bankruptcy Court
Southern District of Texas

**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT     SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | | Adversary Case Number | |
|---|---|---|---|
| | | | |
| *versus* | | | |
| | | | |

This lawyer, who is admitted to the State Bar of _____ :

|  |
|---|
| Name |
| Firm |
| Street |
| City & Zip Code |
| Telephone |
| Licensed: State & Number |

Seeks to appear as the attorney for this party:

|  |
|---|
| |

| Dated: | Signed: |
|---|---|

COURT USE ONLY: The applicant's state bar reports their status as: _____ .

| Dated: | Signed: _____ |
|---|---|
| | Deputy Clerk |

## Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_Christopher M. Lopez_ (signature)
Christopher Lopez
United States Bankruptcy Judge