United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 31, 2023

Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT             SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03036 |
|---|---|---|---|
| Connecticut Sandy Hook Families* | | | |
| *versus* | | | |
| Alexander E. Jones and Free Speech Systems, LLC | | | |

This lawyer, who is admitted to the State Bar of _____ Connecticut _____:

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Eric Henzy<br>Zeisler & Zeisler, P.C.<br>10 Middle Street, 15th Floor<br>Bridgeport, CT 06604<br>(203) 368-5495; ehenzy@zeislaw.com<br>CT 412146 |
|---|---|

Seeks to appear as the attorney for this party:

| Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty | |
|---|---|
| Dated: 3/20/23 | Signed: _____ |

| COURT USE ONLY: The applicant's state bar reports their status as: _Active_____. | |
|---|---|
| Dated: 03/31/2023 | Signed: /s/ Z. Martinez _____<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge