United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT  SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03036 |
|---|---|---|---|
| Connecticut Sandy Hook Families* ||||
| *versus* ||||
| Alexander E. Jones and Free Speech Systems, LLC ||||

This lawyer, who is admitted to the State Bar of  New York :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Kyle J. Kimpler<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3253; kkimpler@paulweiss.com<br>NY 4721916 |
|---|---|

Seeks to appear as the attorney for this party:

| See below** |
|---|
| Dated: | Signed: /s/ Kyle J. Kimpler |

| COURT USE ONLY: The applicant's state bar reports their status as: Currently Registered . |
|---|
| Dated: 3/31/2023 | Signed: /s/ R. Saldaña<br>Deputy Clerk |

Order

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_____
Christopher Lopez
United States Bankruptcy Judge