United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT         SOUTHERN DISTRICT OF TEXAS

# MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 23-03036 |
|---|---|---|---|

| Connecticut Sandy Hook Families* |
|---|
| *versus* |
| Alexander E. Jones and Free Speech Systems, LLC |

This lawyer, who is admitted to the State Bar of __New York__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | Daniel Sinnreich<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3394<br>NY 5192497 |
|---|---|

Seeks to appear as the attorney for this party:

| See below** |
|---|
| Dated: | Signed: /s/ Daniel Sinnreich |

COURT USE ONLY: The applicant's state bar reports their status as: __Currently Registered__.

| Dated: 3/31/2023 | Signed: /s/ R. Saldaña<br>Deputy Clerk |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Signed: March 31, 2023

_/s/ Christopher M. Lopez_
Christopher Lopez
United States Bankruptcy Judge