IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re<br>Alexander E. Jones,<br>    Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| In re<br>Free Speech Systems LLC,<br>    Debtor | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11 |
| Neil Heslin, Scarlett Lewis, Leonard Pozner, Veronique De La Rosa, and Estate of Marcel Fontaine,<br>    Plaintiffs<br>    v.<br>Alexander E. Jones and Free Speech Systems LLC,<br>    Defendants | Adv. Pro. Nos. 23-03034 (CML)<br>23-03035 (CML) |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto-Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Park, and Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty,<br>    Plaintiffs<br>    v.<br>Alexander E. Jones and Free Speech Systems LLC,<br>    Defendants | Adv. Pro. Nos. 23-03036 (CML)<br>23-03037 (CML) |

**THE CONNECTICUT AND TEXAS PLAINTIFFS'
<u>WITNESS AND EXHIBIT LIST FOR HEARING ON APRIL 4, 2023</u>**

The Connecticut and Texas Plaintiffs file this witness and exhibit list for the hearing scheduled for April 4, 2023 at 11:00 a.m. (Prevailing Central Time) (the "Hearing"):

## WITNESSES

The Connecticut and Texas Plaintiffs may call any of the following witnesses at the Hearing:

1. Any witness called or listed by any other party; and
2. Any rebuttal witnesses.

## EXHIBITS

The Connecticut and Texas Plaintiffs may offer into evidence any one or more of the following exhibits:

1. Any pleading or other document filed with the Court on the docket of any of the above captioned chapter 11 cases or adversary proceedings;
2. Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party; and
3. Any exhibit listed by any other party.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 31, 2023

**MCDOWELL HETHERINGTON LLP**
By: /s/ *Avi Moshenberg*
Avi Moshenberg
State Bar No. 24083532
1001 Fannin Street, Suite 2700
Houston, Texas 77002
Telephone:  (713) 337-5580
Fax:  (713) 337-8850
E-mail:  Avi.Moshenberg@mhllp.com

**CHAMBERLAIN, HRDLICKA,
WHITE, WILLIAMS & AUGHTRY, PC**
By: /s/ *Jarrod B. Martin*
Jarrod B. Martin
State Bar No. 24070221
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone:  (713) 356-1280
Fax:  (713) 658-2553
E-mail:  jarrod.martin@chamberlainlaw.com

**WILLKIE FARR & GALLAGHER LLP**
By: /s/ *Jennifer J. Hardy*
Jennifer J. Hardy
State Bar No. 24096068
600 Travis Street
Houston, Texas 77002
Telephone:  (713) 510-1766
Fax:  (713) 510-1799
E-mail:  jhardy2@willkie.com

**WILLKIE FARR & GALLAGHER LLP**
Rachel C. Strickland (admitted *pro hac vice*)
Stuart R. Lombardi (admitted *pro hac vice*)
Ciara A. Sisco (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Fax:  (212) 728-8111
E-mail:  rstrickland@willkie.com
E-mail:  slombardi@willkie.com
E-mail:  csisco@willkie.com

*Co-Counsel to the Texas Plaintiffs*

**CAIN & SKARNULIS PLLC**
By:     /s/ *Ryan E. Chapple*
Ryan E. Chapple
State Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011

*Counsel to the Sandy Hook Families*

**KOSKOFF KOSKOFF & BIEDER PC**
Alinor C. Sterling (admitted *pro hac vice*)
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Telephone: (203) 336-4421

**PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP**
Kyle J. Kimpler (admitted *pro hac vice*)
Christopher Hopkins (admitted *pro hac vice*)
Daniel S. Sinnreich (admitted *pro hac vice*)
Daniel A. Negless (admitted *pro hac vice*)
Briana P. Sheridan (admitted *pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990

*Counsel to the Sandy Hook Families other than Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

**ZEISLER & ZEISLER, PC**
Eric Hensy (admitted *pro hac vice*)
10 Middle Street, 15th Floor
Bridgeport, Connecticut 06604
Telephone: (203) 368-5495

*Counsel to Richard M. Coan, as chapter 7 trustee for the estate of Erica Lafferty*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Hearing has been served on counsel for the Debtor, the Debtor, and all parties receiving or entitled to notice through CM/ECF on this 31st day of March, 2023.

*/s/     Ryan E. Chapple*
Ryan E. Chapple