United States Bankruptcy Court
Southern District of Texas

**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>FREE SPEECH SYSTEMS LLC,<br><br>       Debtor | Bankruptcy<br>Case No. 22-60043 (CML)<br><br>Chapter 11<br>(Subchapter V) |
| In re:<br><br>ALEXANDER E. JONES,<br><br>       Debtor | Bankruptcy<br>Case No. 22-33553 (CML)<br><br>Chapter 11 |
| David Wheeler, Francine Wheeler, Jacqueline Barden, Mark Barden, Nicole Hockley, Ian Hockley, Jennifer Hensel, Donna Soto, Carlee Soto Parisi, Carlos M. Soto, Jillian Soto Marino, William Aldenberg, William Sherlach, Robert Parker, and Richard M. Coan, as chapter 7 trustee for the Estate of Erica Lafferty,<br><br>       Plaintiffs<br><br>v.<br><br>Alexander E. Jones and Free Speech Systems LLC,<br><br>       Defendants | Adv. Pro. No. 23-03036 (CML)<br>Adv. Pro. No. 23-03037 (CML) |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL
FOR CONNECTICUT PLAINTIFFS**

CAME ON to be considered the Motion to Withdraw as Counsel for Connecticut Plaintiffs (Motion) filed on behalf of Daniel Sinnreich of Paul, Weiss, Rifkind, Wharton & Garrison LLP. After consideration of the Motion and representations by Movant,

responses and objections, if any, and arguments of counsel, if any, the Court finds the Motion meritorious. It is, therefore,

ORDERED that Movant Daniel Sinnreich is permitted to withdraw as counsel on behalf of Connecticut Plaintiffs.

Signed:  October 19, 2023

_____
Christopher Lopez
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Wheeler,
    Plaintiff

Adv. Proc. No. 23-03036-cml

Jones,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 2 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf111 | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | | Alexander E. Jones, c/o 2525 McKinnon Street, Suite 425, Dallas, TX 75201 |
| pla | + | Carlee Soto-Parisi, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Carlos M. Soto, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | David Wheeler, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Donna Soto, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Francine Wheeler, Cain & Skarnulis PLLC, Ryan E. Chapple, 303 Colorado Street,, Suite 2850 Austin, TX 78701-0137 |
| dft | + | Free Speech Systems, LLC, c/o Law Offices of Ray Battaglia, PLLC, 66 Granburg Circle, San Antonio, TX 78218-3010 |
| pla | + | Ian Hockley, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Jacqueline Barden, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Jennifer Hensel, 303 Colorado Street, Suite 2850, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Jillian Soto Marino, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Mark Barden, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Nicole Hockley, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Richard M. Coan, c/o Cain & Skarnulis PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Robert Parker, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | William Sherlach, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |
| pla | + | Wlliam Aldenberg, 303 Colorado Street, Suite 2850, Austin, TX 78701-0137 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023         Signature:    /s/Gustava Winters

| District/off: 0541-4 | User: ADIuser | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf111 | Total Noticed: 17 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ryan E Chapple | on behalf of Plaintiff Carlee Soto-Parisi rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Richard M. Coan rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Mark Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Ian Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Donna Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff William Sherlach rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff David Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jennifer Hensel rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Carlos M. Soto rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jacqueline Barden rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Francine Wheeler rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Nicole Hockley rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Wlliam Aldenberg rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Jillian Soto Marino rchapple@cstrial.com  aprentice@cstrial.com |
| Ryan E Chapple | on behalf of Plaintiff Robert Parker rchapple@cstrial.com  aprentice@cstrial.com |
| Shelby A Jordan | on behalf of Defendant Alexander E. Jones cmadden@jhwclaw.com |

TOTAL: 16