IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | Chapter 11 |
| FREE SPEECH SYSTEMS, LLC, | | Bankruptcy Case No. 22-60043 |
| Debtor. | | |

| | | |
|---|---|---|
| David Wheeler, *et al*, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Adversary No. 23-03036 |
| Free Speech Systems, LLC, | | |
| Defendant. | | |

## STIPULATION & AGREED ORDER

This Stipulation and Agreed Order ("Stipulation and Order") is made and entered into by the above-styled plaintiffs ("Plaintiffs") and defendant Free Speech Systems, LLC ("Defendant" and collectively the "Parties" and singularly a "Party").

## RECITALS

1. WHEREAS on June 14, 2024, the Court is scheduled to conduct a hearing on whether a plan should be confirmed in the above-styled bankruptcy case or whether the case should be converted or dismissed;

2. WHEREAS Defendant contends that the Court's ruling with respect to the June 14, 2024, hearing may moot the above-styled adversary proceeding;

3. WHEREAS for the above reasons Defendant has sought an extension to June 28, 2024, of its May 1, 2024, answer deadline in the above-styled adversary proceeding; and

4. WHEREAS Plaintiffs have agreed to the requested extension of the answer deadline.

## **STIPULATION**

NOW, THEREFORE, (1) the Parties hereby stipulate and agree that Defendant shall have through and to June 28, 2024, to answer the above-styled lawsuit, and (2) for the removal of doubt, no Party hereto shall be prejudiced by the recitations of events in this Stipulation and Agreed Order.

IT IS SO ORDERED.

Dated: May _____, 2024

_____
UNITED STATES BANKRUPTCY JUDGE

O'CONNORWECHSLER PLLC

*/s/     Annie E. Catmull*
Annie E. Catmull
Tex. Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977

ATTORNEYS FOR DEFENDANT

CAIN & SKARNULIS PLLC

By: *Ryan E. Chapple*
Ryan E. Chapple
Tex. Bar No. 24036354
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone: (512) 477-5000
Fax: (512) 477-5011

ATTORNEYS FOR PLAINTIFFS